Zoë K. Wilhelm (SBN 305932)
zoe.wilhelm@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
1800 Century Park East, Suite 1500
Los Angeles, California  90067
Tel: (310) 203-4000
Fax:  (310) 229-1285

Timothy J. O'Driscoll (*admitted pro hac vice*)
timothy.odriscoll@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel: 215-988-2700
Fax: 215-988-2757

Attorneys for Defendant
BANNER LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APHRODITE TINA WEINSTEIN-NERNBERG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANNER LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:21-CV-09270-FLA-GJS<br><br>**BANNER LIFE INSURANCE COMPANY'S NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS COMPLAINT**<br><br>[Memorandum in Support, Declaration of Zoë K. Wilhelm in Support, and [Proposed] Order, filed concurrently herewith]<br><br>Date: April 1, 2022<br>Time: 1:30 PM<br>Place: 350 W. 1st Street<br>        Courtroom 6B<br>        Los Angeles, CA 90012 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 1, 2022 through submission to the Honorable Fernando L. Aenlle-Rocha, in Courtroom 6B of the above-entitled court located at 350 West First Street, Los Angeles, CA 90012, Defendant Banner Life Insurance Company ("Banner Life"), by and through its counsel of record, will and hereby does move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing Plaintiff's Second and Third causes of action in the Class Action Complaint with prejudice.

As more fully described in the accompanying Memorandum in Support, this Motion is made upon grounds that these causes of action fail to state a claim upon which relief can be granted. This Motion is based upon this Notice of Motion and Motion and the Memorandum in Support, as well as all papers and pleadings on file herein, and such argument as the Court may permit.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place via telephone on February 15, 2022.

Dated: February 25, 2022

FAEGRE DRINKER BIDDLE & REATH LLP

By: *s/ Zoë K. Wilhelm*
Zoë K. Wilhelm

Attorneys for Defendant
BANNER LIFE INSURANCE COMPANY