ROBERT S. GIANELLI, #82116
JOSHUA S. DAVIS, #193187
ADRIAN J. BARRIO, #219266
HOWARD LORING ROSE, #251727
GIANELLI & MORRIS, A Law Corporation
550 South Hope Street, Suite 1645
Los Angeles, CA 90071
Tel: (213) 489-1600; Fax: (213) 489-1611
rob.gianelli@gmlawyers.com
joshua.davis@gmlawyers.com
adrian.barrio@gmlawyers.com
loring.rose@gmlawyers.com

Attorneys for Plaintiff
APHRODITE TINA WEINSTEIN-NERNBERG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APHRODITE TINA WEINSTEIN-NERNBERG,<br><br>Plaintiff,<br><br>v.<br><br>BANNER LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 2:21-CV-9270<br>Assigned to Hon. Fernando L. Aenlle-Rocha<br><br>**STIPULATION OF DISMISSAL, WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**<br><br>[Proposed Order concurrently lodged.] |

On September 9, 2022, this Court dismissed the class action allegations in this lawsuit, with prejudice as to Plaintiff Aphrodite Tina Weinstein-Nernberg ("Plaintiff"), and without prejudice as to all other members of the putative class, leaving only Plaintiff's individual claims remaining. (*See* Dkt. 36.) Now, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Local Rule 41-1 *et seq.,* and this Court's Standing Order and Procedures, Plaintiff, on the one hand, and Defendant Banner Life Insurance Company, on the other, by and through counsel, hereby stipulate and agree that the remaining individual claims in this case are and shall be dismissed with prejudice, with each party to bear its own fees and costs.

It is so stipulated and agreed.

DATED: February 3, 2023　　　　　　　GIANELLI & MORRIS, ALC

By: /s/ *Howard Loring Rose*
ROBERT S. GIANELLI
JOSHUA S. DAVIS
HOWARD LORING ROSE

Attorneys for Plaintiff APHRODITE TINA WEINSTEIN-NERNBERG

DATED: February 3, 2023　　　　　　　FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ *Timothy J. O'Driscoll*
TIMOTHY J. O'DRISCOLL
ZOE K. WILHELM

Attorneys for Defendant BANNER LIFE INSURANCE COMPANY

///

///

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I hereby attest that Timothy J. O'Driscoll, counsel for Defendant BANNER LIFE INSURANCE COMPANY, concurs in the content of this document, that he has authorized the filing of this document, and that I have obtained his authorization to affix his electronic signature to this document.

By: /s/ *Howard Loring Rose*
Howard Loring Rose