JS-6

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
11  APHRODITE TINA WEINSTEIN-          Case No. 2:21-cv-09270-FLA (GLSx)
    NERNBERG,
12                                     **ORDER DISMISSING ACTION**
                         Plaintiff,    **[DKT. 37]**
13
            v.
14
15  BANNER LIFE INSURANCE CO.,
16                       Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

1

On February 3, 2023, Plaintiff Aphrodite Tina Weinstein-Nernberg ("Plaintiff") filed a Stipulation of Dismissal with Prejudice ("Stipulation"), dismissing Plaintiff's remaining individual claims and the action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. 37.  Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. Defendant Banner Life Insurance Company's ("Defendant") Motion to Dismiss (Dkt. 17) is DENIED as moot.
3. The court DISMISSES the action with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.


Dated: February 7, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge